No. 66. CORNELIUS C. WATTS ET AL. v. STATE OF ARIZONA AT THE RELATION, ETC., OF IGNATIUS BURGOON, TREASURER, ETC. Error to the Supreme Court of the State of Arizona. Argued November 16, 1921. Decided November 21, 1921. *Per Curiam.* Dismissed for want of jurisdiction. Section 237 of the Judicial Code, as amended by the Act of September 6, 1916, c. 448, § 2, 39 Stat. 726; *Jett Bros. Distilling Co.* v. *Carrollton,* 252 U. S. 1, 5–6. Mr. *S. L. Kingan* and Mr. *Joseph W. Bailey,* with whom Mr. *Herbert Noble,* Mr. *Hartwell P. Heath* and Mr. *Conrad H. Syme* were on the brief, for plaintiffs in

error. *Mr. Leslie C. Hardy,* with whom *Mr. W. J. Galbraith* was on the brief, for defendant in error.